# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VANESSA PENALVER**
**MICHAEL SPEIGNER,**
                **Plaintiffs,**

**-vs-**                                                        Case No. 6:08-cv-1612-Orl-31GJK

**ASIAUSA, LLC,**
**ELIA GOLFIN,**
                **Defendants.**
_____

## ORDER

This cause comes before the Court on the Plaintiffs' Motion for Entry of Default Final Judgment (Doc. No. 24) filed January 22, 2009.

On April 28, 2009, the United States Magistrate Judge issued a report (Doc. No. 25) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. The Motion for Entry of Default Final Judgment is **GRANTED** in part and **DENIED** in part.

    3. The clerk is directed to enter judgment for the Plaintiffs Vanessa Penalver and Michael Speigner against the Defendants Asiausa, LLC and Elia Golfen, jointly and severally, in the total amount of $70,166.10 which breaks down as follows: $29,106.60 in unpaid overtime compensation and $29,109.60 in liquidated damages to Plaintiff Penalver; $4,850.70 in unpaid

overtime compensation and $4,850.70 in liquidated damages to Plaintiff Golfen; $1,625.50 in reasonable attorney's fees and $620.00 in costs.  The clerk is directed to close the case

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of May, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE